AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

CHRISTOPHER M. GUY, Bar No. 15239
  Deputy Attorney General
State of Nevada
555 East Washington Ave., Suite 3900
Las Vegas, Nevada  89101
Tel:  (702) 486-3326
Email:  cguy@ag.nv.gov

*Attorneys for Defendant Jennifer Nash*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH G. MCDONALD,<br><br>          Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, N.D.O.C. DIRECTOR, et al.<br><br>          Defendants. | Case No.  2:19-cv-01329-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 24, 25 |

    It is so stipulated and agreed by and between Kenneth McDonald, Plaintiff pro se, and Defendant, Jennifer Nash, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Christopher M. Guy, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that the above captioned matter has been resolved. On July 26, 2021, Mr. McDonald agreed to a property settlement to dismiss the above captioned case with prejudice. Mr. McDonald agreed and signed a property claim release agreement dated July 26, 2021, which specified the items relevant to the settlement. SC/O G. Moran signed as witness to the property claim release agreement dated July 26, 2021.

///

As a result of the above settlement entered into on July 26, 2021, the above captioned case is *dismissed with prejudice* and the Court may accordingly close the case.

DATED: July 26th, 2021

By: /s/ Kenneth McDonald
Kenneth McDonald
*Plaintiff Pro Se*

DATED: July 26, 2021

By. /s/Christopher M. Guy
Christopher M. Guy
Deputy Attorney General
*Attorney for Defendant, Jennifer Nash*

## ORDER

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 24]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 27, 2021